# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 137

*October Term, A.D. 2022*

**November 2, 2022**

| | |
|---|---|
| **BOARD OF PROFESSIONAL RESPONSIBILITY, WYOMING STATE BAR,** | |
| **Petitioner,** | |
| **v.** | **D-22-0006** |
| **KATHERINE C. OSTEN, WSB # 7-5369,** | |
| **Respondent.** | |

## ORDER OF SIX-MONTH SUSPENSION

[¶1]    **This matter** came before the Court upon the Board of Professional Responsibility's Report and Recommendation for Six-Month Suspension, filed herein October 24, 2022. The Report and Recommendation was filed pursuant to Rule 12 of the Wyoming Rules of Disciplinary Procedure, which governs stipulated discipline.  Now, after a careful review of the Report and Recommendation and the file, the Court finds the Report and Recommendation should be approved, confirmed and adopted by the Court, and that Katherine C. Osten should be suspended from the practice of law for six months.  It is, therefore,

[¶2]    **ADJUDGED AND ORDERED** that the Board of Professional Responsibility's Report and Recommendation for Six-Month Suspension, which is attached hereto and incorporated herein, shall be, and the same hereby is, approved, confirmed, and adopted by this Court; and it is further

[¶3]    **ADJUDGED AND ORDERED** that, as a result of the conduct set forth in the Report and Recommendation for Six-Month Suspension, Respondent Katherine C. Osten shall be, and hereby is, suspended from the practice of law for six months, with the suspension beginning December 8, 2022; and it is further

[¶4]   **ORDERED** that, during the period of suspension, Respondent shall comply with the requirements of the Wyoming Rules of Disciplinary Procedure, particularly the requirements found in Rule 21 of those rules. That rule governs the duties of disbarred and suspended attorneys; and it is further

[¶5]   **ORDERED** that, pursuant to Rule 25 of the Wyoming Rules of Disciplinary Procedure, Respondent shall reimburse the Wyoming State Bar the amount of $50.00, which represents the costs incurred in handling this matter, as well as pay an administrative fee of $750.00. Respondent shall pay the total amount of $800.00 to the Wyoming State Bar on or before January 2, 2023. If Respondent fails to make payment in the time allotted, execution may issue on the award; and it is further

[¶6]   **ORDERED** that the Wyoming State Bar may issue the agreed press release contained in the Report and Recommendation for Six-Month Suspension; and it is further

[¶7]   **ORDERED** that the Clerk of this Court shall docket this Order of Six-Month Suspension, along with the incorporated Report and Recommendation for Six-Month Suspension as a matter coming regularly before this Court as a public record; and it is further

[¶8]   **ORDERED** that, pursuant to Rule 9(b) of the Wyoming Rules of Disciplinary Procedure, this Order of Six-Month Suspension, along with the incorporated Report and Recommendation for Six-Month Suspension shall be published in the Wyoming Reporter and the Pacific Reporter; and it is further

[¶9]   **ORDERED** that the Clerk of this Court cause a copy of this Order of Six-Month Suspension to be served upon Respondent Katherine C. Osten.

[¶10]   **DATED** this 2nd day of November, 2022.

**BY THE COURT:**

/s/

**KATE M. FOX**
**Chief Justice**